# Court of Appeals
# of the State of Georgia

ATLANTA, March 17, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1077. ROGER L. HICKS v. PISSARRO WRIGHT, et al.**

On August 31, 2020, the trial court entered an order granting Plaintiffs' motion for attorney fees and expenses against their former attorney, Roger Hicks. Hicks filed a notice of direct appeal from the trial court's order. Appellees have filed a motion to dismiss this appeal for lack of jurisdiction.

Appeals from orders granting or denying attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application,[1] not direct appeal. See OCGA § 5-6-35 (a) (10). Accordingly, Appellees' motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, 03/17/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Hicks also filed an application for discretionary appeal seeking review of the trial court's order awarding attorney fees and expenses. We dismissed Hicks's application as untimely. See Case No. A21D0119 (dismissed December 10, 2020).